FILED

Jul 30 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Neal.Hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3-20-71045 SK |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| MARTIN GONZALES, aka, "Ricardo Arturo Ortiz" | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on July 30, 2020, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon a

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe): supervised release violation

|   |   |
|---|---|
| | Respectfully Submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| Date: July 30, 2020 | /s/ Neal Hong<br>NEAL C. HONG<br>Assistant United States Attorney |

# ATTACHMENT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
2020 FEB -5  PM 5: 33

FILED

| | |
|---|---|
| United States of America ) | |
| ) | No. 1:20-cr- 17-01- SM |
| v. ) | |
| ) | |
| Martin Gonzales AKA ) | |
| Ricardo Arturo Ortiz ) | |

**Indictment**

The Grand Jury charges:

At all times relevant to this indictment:

Background

1. The "National Passport Center" is a facility operated by the United States Department of State, Bureau of Consular Affairs, for the filing, processing, and adjudication of United States Passport Applications (forms **DS-11**) and United States Passport Renewal Applications (forms **DS-82**), which are used to apply for passport renewals by mail. The National Passport Center is located at 207 International Drive, Portsmouth, New Hampshire.

2. Title 22, Code of Federal Regulations, Section 51.2 provides that a passport may be issued only to a United States national. Under Title 22, Code of Federal Regulations, Section 50.1(d), a national is a citizen of the United States or a noncitizen owing permanent allegiance to the United States. A non-citizen national is someone who was: (i) born in American Samoa, Swain's Island; (ii) found in American Samoa or Swain's Island at a young age; (iii) a child of a non-citizen United States national who meets certain physical presence or residence requirements; or (iv) born in the Commonwealth of the Northern Marianas Islands and opted to become a non-citizen national instead of a citizen of the United States. 8 U.S.C. § 1408.

3. The defendant, **Martin Gonzales**, was neither a citizen nor a national of the United States.

## COUNT ONE
[False Statements – 18 U.S.C. § 1001(a)(2)]

4. In and around June 2016, in the District of New Hampshire and elsewhere, the defendant,

**Martin Gonzales AKA**
**Ricardo Arturo Ortiz**

in a matter within the jurisdiction of the United States Department of State, an agency of the executive branch of the Government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in connection with a United States Passport Renewal Application (form DS-82). **Gonzales** executed the renewal application, which was subsequently received at the National Passport Center. To induce and secure the issuance of a United States Passport, **Gonzales** falsely stated on the application a name, date of birth, and place of birth that were not his own. **Gonzales** knew that this statement and representation was false when made.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

_Kathleen Madden_
Grand Jury Foreperson

SCOTT W. MURRAY
United States Attorney

_Anna Dronzek_
Anna Dronzek
Assistant United States Attorney

Date: February 5, 2020